B. A. & G. N. WILLIAMS, Respondent, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.

Reported below, 170 App. Div. 920.
(Argued April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages which plaintiff had been compelled to pay because of an injury to its servant caused by the negligence of defendant.

The motion was made upon the grounds that the judgment was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Frank V. Johnson* for motion.

*John C. Robinson* opposed.

Motion denied, with ten dollars costs.